ACCEPTED
05-15-00939-cr
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/8/2015 9:40:26 AM
LISA MATZ
CLERK

**NOS. 05-15-00938-CR & 05-15-00939-CR**

IN THE

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/8/2015 9:40:26 AM
LISA MATZ
Clerk

# COURT OF APPEALS

FOR THE FIFTH
DISTRICT OF TEXAS AT
DALLAS, TEXAS

# DEMARCUS JERMANE SAMPSON

APPELLANT,

V.

THE STATE OF TEXAS,
APPELLEE

# *APPELLANT'S COURT APPOINTED COUNSEL'S MOTION TO WITHDRAW*

On appeal from Cause Number F09-12092-L & F09-12093-L
in District Court No. 5
of Dallas County, Texas
Honorable Carter Thompson, Judge Presiding

JOHN TATUM
990 SOUTH SHERMAN STREET
RICHARDSON, TEXAS 75081
(972) 705-9200
BAR NO. 19672500

ATTORNEY FOR APPELLANT

# MOTION FOR WITHDRAWAL OF COUNSEL

This Motion for Withdrawal of Court Appointed Counsel is brought by John Tatum, Movant, who is court appointed attorney of record for Demarcus Jermane Sampson. Movant requests the Court to grant Movant permission to withdraw as attorney for Demarcus Jermane Sampson in the appeal of these causes. In support, Movant shows:

Good cause exists for withdrawal of Movant as counsel on appeal, in that pursuant to the statement made in the brief in support of this motion, counsel has expressed an opinion that in each case on appeal counsel is of the opinion that the appeal in each case is frivolous. This withdrawal is not sought for delay but required by the cases cited in the brief in support of this motion .

A copy of this motion has been delivered to Demarcus Jermane Sampson. The last known address of Demarcus Jermane Sampson is BIN# 13049333, Dallas County Jail, Tank #3 W 06 P.O. Box 660334 Dallas, Texas 75266-0334.

Movant prays that the Court enter an order discharging Movant as attorney of record on appeal in each case for Appellant, Demarcus Jermane Sampson.

Respectfully submitted,

    /s/ John Tatum
John Tatum
990 S. Sherman St.
Richardson, Texas 75081
Ph. # (9720 705-9200)
State Bar No. 19672500

**CERTIFICATE OF SERVICE**

I, JOHN TATUM, do hereby certify that a true and correct copy of the foregoing Motion to Withdraw was delivered to Susan Hawk, Criminal District Attorney, Appellate Section, 11th floor, Frank Crowley Criminal Courts Building, Dallas, Texas 75207, on this 8th day of December, 2015.

    /s/ John Tatum
JOHN  TATUM

# CERTIFICATE OF SERVICE

The undersigned attorney for Appellant certifies that a true and correct copy of the foregoing motion to withdraw was mailed, postage prepaid, to Demarcus Jermane Sampson, BIN# 13049333, Dallas County Jail, Tank #3 W 06 P.O. Box 660334 Dallas, Texas 75266-0334 by U.S. Mail this the 8th day of December, 2015.

/s/ John Tatum
JOHN TATUM

CERTIFICATE OF COMPLIANCE

I certify that this submitted e-mail attachment of Appellant's Motion to Withdraw complies with the following requirements of the Court:

1. The motion is submitted by e-mail attachment;

2. The e-mail attachment is labeled with the following information:


A. Case Name: Demarcus Jermane Sampson
B. The Appellate Case Numbers: 05-15-00938-CR & 05-15-00939-CR
C. The Type of Document: Motion
D. Party for whom the document is being submitted: Appellant
E. The Word Processing Software and Version Used to Prepare the Brief :
     Word Perfect X7

3. Copies have been sent to all parties associated with this case.

  /S/ JOHN TATUM _____ 12/08/15
(Signature of filing party and date)

John Tatum
(Printed name)

John Tatum, Attorney at Law

Emailed Copy of motion